No. 84–6247.   KIMBERLIN v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 84–6248.   VICKERS v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 84–6260.   BUIDE-GOMEZ ET AL. v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 84–6273.   MULLINS v. OHIO.   Sup. Ct. Ohio.   Certiorari denied.

No. 83–6493.   IRVING v. MISSISSIPPI.   Sup. Ct. Miss.;
No. 84–6051.   ALLEN v. GEORGIA.   Sup. Ct. Ga.; and
No. 84–6170.   GILLIES v. ARIZONA.   Sup. Ct. Ariz.   Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 84–826.   WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. BOYKINS.   C. A. 11th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 84–839.   KEMP, WARDEN v. SPRAGGINS.   C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 84–875.   ARIZONA PUBLIC SERVICE CO. ET AL. v. SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY.   C. A. 9th Cir. Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.*

No. 84–939.   JAPAN AIR LINES CO., LTD. v. ABRAMSON. C. A. 3d Cir.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

---

*See also note, *supra*, p. 1046.